UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 06-560M |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| HASSEN RAYTHEL JAMES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

Count 1: Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1).

Count 2: Possession of Cocaine Base with the Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii).

Date of Detention Hearing: November 2, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending

charges and his criminal background history. It is appropriate to apply the presumption in this case.

    (2)    Defendant has an extensive criminal background history.

    (3)    Defendant has no supportive ties to the Western District of Washington or to this community.

    (4)    Defendant has a history of previous failures to appear.

    (5)    Defendant is associated with nine alias names, different dates of birth, and alternate social security numbers.

    (6)    Defendant appears to have on-going problems with substance abuse.

    (7)    There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight and danger to other persons or the community.

IT IS THEREFORE ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

01       DATED this 2nd day of November, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER                                15.13
18 U.S.C. § 3142(i)                                    Rev. 1/91
PAGE 3