Judge Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>HASSEN RAYTHEL JAMES,<br><br>        Defendant. | NO. CR06-0435TSZ<br><br>ORDER EXTENDING DEADLINE FOR GOVERNMENT TO FILE RESPONSES TO DEFENDANT'S MOTIONS TO SUPPRESS EVIDENCE & REQUEST FOR A FRANK'S HEARING |

THIS MATTER having come before the Court on a Motion to Extend Deadline for Government to File its Responses to the Defendant's Motions to Suppress Evidence, docket nos. 15 and 16, and Request for a Frank's Hearing, docket no. 20, and there being no objection to the motions, and the Court being fully advised on the matter,

IT IS HEREBY ORDERED that the deadline for the Government to file its responses shall be extended to January 19, 2007.

//
//
//
//
//

(PROPOSED) ORDER EXTENDING DEADLINE FOR GOVERNMENT
TO FILE ITS RESPONSES TO DEFENDANT'S MOTIONS TO SUPPRESS
EVIDENCE AND REQUEST FOR A FRANK'S HEARING
United States v. Hassen Raythel James, CR06-0435TSZ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

1   IT IS FURTHER ORDERED that the matter be re-noted for January 22, 2007.

2   DATED this 16th day of January, 2007.

*[signature: Thomas S. Zilly]*
Thomas S. Zilly
United States District Judge

7   Presented by:

8   _____
C. ANDREW COLASURDO,
9   Special Assistant United States Attorney

12   *(Telephonic approval)*
_____
13   ROBERT GOMBINER,
Attorney for Hassen Raythel James

28   (PROPOSED) ORDER EXTENDING DEADLINE FOR GOVERNMENT
TO FILE ITS RESPONSES TO DEFENDANT'S MOTIONS TO SUPPRESS
EVIDENCE AND REQUEST FOR A FRANK'S HEARING
United States v. Hassen Raythel James, CR06-0435TSZ - 2