JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-435 TSZ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | STIPULATED MOTION TO CONTINUE |
| | ) | TRIAL DATE |
| HASSEN RAYTHEL JAMES, | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant this continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case and that the continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued to April 9, 2007.

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE
(*Hassen James*; #06-435TSZ)          1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1   IT IS FURTHER ORDERED that the period of time from the current trial date of February
2   5, 2007, up to and including the new proposed trial date of April 9, 2007, shall be excludable
3   time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*
4   DONE this 1st day of February, 2007.

5

6

7                                         _____
                                          Thomas S. Zilly
8                                         United States District Judge

9   Presented by:

10  s/  Robert H. Gombiner
    WSBA No. 16059
11  Attorney for Hassen Raythel James
    Federal Public Defender's Office
12  1601 Fifth Avenue, Suite 700
    Seattle, WA 98101
13  Phone No.: (206) 553-1100
14  Fax No.:    (206) 553-0120
    robert_gombiner@fd.org
15
    s/  Jennifer E. Wellman
16  WSBA #  29193
    Attorney for Hassen Raythel James
17  Federal Public Defender's Office
    1601 Fifth Avenue, Suite 700
18  Seattle, WA   98101
19  Phone:   (206) 553-1100
    Fax:     (206) 553-0120
20  jennifer_wellman@fd.org

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE
(*Hassen James*; #06-435TSZ)           2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100